# 5-YEAR PROJECTION OF HOUSEHOLD CASH RECEIPTS AND CASH DISBURSEMENTS — YEAR 1

**HATEM G. EID    CASE # 17-BK-9590**

| | | Cumulative Total |
|---|---|---|
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $55,315.80 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| RENTAL PROPERTY INCOME WITH 10% VACANCY @ $1,600/mo | $17,280 | |
| TOTAL RECEIPTS | | $72,595.80 |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | $2,300 | |
| Household Repairs & Maintenance | | |
| Insurance | $6,320.84 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | $15,300 | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $2,640 | |
| Vehicle Expenses | $2,325 | |
| Vehicle Secured Payment(s) | | |
| U.S. Trustee Quarterly Fees | $1,300. | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| CELL PHONE | $1,188 | |
| AUTO LOANS | $40,968 | |
| BANK FEES | $120 | |
| Total Household Disbursements | $72,461.84 | |
| CASH → END OF YEAR 1 | $133.96 | |

## 5-YEAR PROJECTION OF HOUSEHOLD CASH RECEIPTS AND CASH DISBURSEMENTS — YEAR 2

**HATEM G. EID  CASE # 17-BK-9590**

| | | Cumulative Total |
|---|---|---|
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | $57,141 | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| RENTAL PROPERTY @ $1,650/mo w/ 10% VACANCY | $17,820 | |
| TOTAL RECEIPTS | $74,961 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | $2,415 | |
| Household Repairs & Maintenance | | |
| Insurance | $6,950 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | $15,300 | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $2,772 | |
| Vehicle Expenses | $2,441.25 | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | $1,300. | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| CELL PHONE | $1,308 | |
| AUTO LOANS | $34,123.80 | |
| BANK FEES | $120. | |
| Total Household Disbursements | $66,730.05 | |

CASH → END OF YEAR    $8,230.95

## 5-YEAR PROJECTION OF HOUSEHOLD CASH RECEIPTS AND CASH DISBURSEMENTS — YEAR 3

HATEM G. EID    CASE # 17-BK-9590

| | | Cumulative Total |
|---|---|---|
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $59,026 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| RENTAL PROPERTY @ $1,675/mo w/ 10% VACANCY | $18,090 | |
| TOTAL RECEIPTS | $77,116 | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | $2,535.75 | |
| Household Repairs & Maintenance | $5,000 | |
| Insurance | $7,150 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | $15,300 | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $2,910 | |
| Vehicle Expenses | $2,563 | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | $1,400 | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| CELL PHONE | $1,380 | |
| AUTO LOANS | $34,123.80 | |
| BANK FEES | $120 | |
| Total Household Disbursements | $72,482.55 | |
| CASH → END OF YEAR | $4,633.45 | |

Operating Report - Individual

## 5-YEAR PROJECTION OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS — YEAR 4

| HATEM G. EID  CASE # 17-BK-9590 | | Cumulative Total |
|---|---|---|
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $60,974 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| RENTAL PROPERTY @ $1,695/mo w/ 10% VACANCY | $18,306 | |
| **TOTAL RECEIPTS** | $79,280 | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | $2,789 | |
| Household Repairs & Maintenance | $7,500 | |
| Insurance | $7,450 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | $15,300 | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $3,201 | |
| Vehicle Expenses | $2,819 | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | $1,450 | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| CELL PHONE | $1,500 | |
| AUTO LOANS | $19,721.40 | |
| BANK FEES | $120 | |
| Total Household Disbursements | $61,850.40 | |
| CASH → END OF YEAR | $17,429.60 | |

Operating Report - Individual

## 5-YEAR PROJECTION OF HOUSEHOLD CASH RECEIPTS AND CASH DISBURSEMENTS — YEAR 5

**HATEM G. EID** — CASE # 17-BK-9590

| | | Cumulative Total |
|---|---|---|
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | $62,986. | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| RENTAL PROPERTY @ $1,695/mo w/ 10% VACANCY | $18,306 | |
| TOTAL RECEIPTS | $81,292 | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | $3,068 | |
| Household Repairs & Maintenance | $8,200 | |
| Insurance | $7,900 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | $15,300 | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | $3,521 | |
| Vehicle Expenses | $3,101 | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | $1,500 | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| CELL PHONE | $1,620 | |
| AUTO LOANS | $19,721.40 | |
| BANK FEES | $120 | |
| Total Household Disbursements | $64,051.40 | |
| CASH → END OF YEAR | $17,240.60 | |