**[Doabtsty]** [Order Abating Relief from Stay]

ORDERED.

Dated: June 24, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No.
                                                                                        8:17–bk–09590–RCT
                                                                                        Chapter 11

Hatem Gamal Eid

_____Debtor*_____/

### ORDER ABATING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration, without hearing, of the Motion for Relief From Stay filed by Creditor, US Bank Trust National Association as Trustee of Tiki Series III Trust Document (148) (the "Motion"). After a review of the Motion, the Court determines that the motion is deficient as follows:

Service upon the Parties in Interest List, defined by Local Rule 1007–2 a current mailing matrix obtained from the Clerk of Court is not indicated. Local Rule 9013–1(e).

Accordingly it is

***ORDERED:***

1. Consideration of the motion is abated until the deficiency is corrected. No additional filing fee will be assessed for the filing of any amended motion filed for the purposes of correcting the noted deficiency.

2. The automatic stay of 11 U.S.C. § 362(a) is continued in effect until further order of this Court. The deadlines of 11 U.S.C. § 362(e)(1),(2) are tolled during the abatement period.

The Clerk's office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.